**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF GEORGIA**
**ALBANY DIVISION**

| | | |
|---|---|---|
| ELBERT WALKER, JR., | : | |
| Plaintiff, | : | |
| v. | : | CASE NO.: 1:25-CV-154 (LAG) |
| EMILY K. RICHARDSON, *et al.*, | : | |
| Defendants. | : | |

**ORDER**

On September 2, 2026, the Court issued an order granting Plaintiff's Motion for Leave to Proceed *In Forma Pauperis* (IFP) and requesting that Plaintiff file an amended complaint within thirty days of the Court's order. (*See* Doc. 9). The deadline has passed, and Plaintiff has not filed an amended complaint or otherwise contacted the Court. Courts are vested with this inherent power "to manage their own affairs so as to achieve the orderly and expeditious disposition of cases" and "to clear their calendars of cases that have remained dormant because of the inaction or dilatoriness of the parties seeking relief." *Link v. Wabash R. Co.*, 370 U.S. 626, 630-31 (1962); *see also* Fed. R. Civ. P. 41(a)(2). Plaintiff has failed to prosecute this matter. Accordingly, this case is **DISMISSED** without prejudice.

**SO ORDERED**, this 25th day of November, 2026.

/s/ Leslie A. Gardner
**LESLIE A. GARDNER, CHIEF JUDGE**
**UNITED STATES DISTRICT COURT**